UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAGALIS SAMANTHA PERALTA,

Plaintiff,

-v-

CAMACHO EMMANUEL FANA, *et al.*,

Defendants.

26 Civ. 1309

ORDER

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in the above-captioned matter is presently scheduled for March 31, 2026. Dkt. 4. On March 30, 2026, defendants notified the Court via email that plaintiff's counsel in the state action had contacted them and requested an adjournment of tomorrow's conference, citing plaintiff's intent to potentially retain new counsel with experience in federal litigation. Defendants do not object to plaintiff's adjournment request.

Accordingly, the initial conference is hereby adjourned to May 15, 2026 at 3:30 p.m.

As of today, no party has appeared on behalf of plaintiff. Defense counsel is directed to supply a copy of this order to plaintiff forthwith. The Court directs plaintiff to file a notice of appearance, through counsel or proceeding *pro se*, on the docket of the case forthwith. Should plaintiff need assistance in proceeding *pro se*, she is encouraged to contact the Southern District's *pro se* unit at (212) 805-0175.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: March 30, 2026
New York, New York