UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAGALIS SAMANTHA PERALTA,

Plaintiff,

-v-

CAMACHO EMMANUEL FANA, *et al*,

Defendants.

26 Civ. 1309

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 13, 2026, the Court scheduled a telephonic initial pre-trial conference in the above-captioned case for Tuesday, March 31, 2026, at 3:30 p.m. Dkt. 10. The Court further directed that, in advance of the conference, the parties submit a case management plan and scheduling order and a joint letter. *Id.* at 1–2. On March 27, 2026, defendants submitted a letter, stating that their good-faith attempts at contacting plaintiff's counsel had been unsuccessful. Dkt. 12 at 1. On March 30, 2026, defendants notified the Court via email that plaintiff's counsel in the state action had contacted them and requested an adjournment of the March 31, 2026 conference, citing plaintiff's intent to potentially retain new counsel with experience in federal litigation. Dkt. 13. That same day, Court rescheduled the conference for May 15, 2026 at 3:30 p.m. and directed plaintiff to file a notice of appearance, through counsel or proceeding *pro se*, forthwith. *Id.* Thereafter, counsel appeared for plaintiff. Dkt. 14.

To date, the parties have not submitted a case management plan and scheduling order and a joint letter as required by the Court's prior order, Dkt. 10. Accordingly, the Court directs that the parties:

1

- **Confer with each other prior to the conference regarding settlement** and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference.

- **Prepare a Civil Case Management Plan and Scheduling Order** in accordance with the Court's Individual Rules, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer, to be submitted to the Court no later than **May 12, 2026**.

- **Prepare a joint letter**, not to exceed three pages in length, to be submitted to the Court no later than **May 12, 2026**, addressing the following topics in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), and the history of the case; (2) any contemplated motions; and (3) the prospect for settlement.  For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter.

- Register as filing users in accordance with the Procedures for Electronic Case Filing prior to the date of the initial pretrial conference.

- **Email to EngelmayerNYSDChambers@nysd.uscourts.gov**, no later than **May 12, 2026**, the names of any counsel who wish to enter an appearance at the conference, and the number from which each counsel will be calling.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: April 16, 2026
      New York, New York